# IN THE SUPREME COURT OF THE STATE OF NEVADA

JERRY FRANK GRASSEL, JR.,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 77926

FILED

JUN 1 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. First Judicial District Court, Carson City; James Todd Russell, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that she has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

ORDERS this appeal DISMISSED.[1]

_Pickering_, J.
Pickering

_Parraguirre_, J.
Parraguirre

_Cadish_, J.
Cadish

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

19-26271

cc:    Hon. James Todd Russell, District Judge
State Public Defender/Carson City
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk
Jerry Frank Grassel, Jr.

SUPREME COURT
OF
NEVADA

(O) 1947A